**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION**

| | | |
|---|---|---|
| IN RE THE COMPLAINT AND PETITION OF DOLPHIN EXPRESS, INC., AS OWNER, AND PORT ARANSAS DOLPHIN DOCKS, LLC, AS MANAGER, OF THE VESSEL DOLPHIN EXPRESS, ITS ENGINES, TACKLE, APPAREL, ETC., IN A CAUSE FOR EXONERATION FROM OR LIMITATION OF LIABILITY | § § § § § § § | C.A. NO. _____  ADMIRALTY – RULE 9(h) |

**COMPLAINT FOR EXONERATION FROM
AND/OR LIMITATION OF LIABILITY**

**TO THE HONORABLE UNITED STATES DISTRICT/MAGISTRATE JUDGE:**

COME NOW, Limitation Petitioners, DOLPHIN EXPRESS, INC., as owner, and PORT ARANSAS DOLPHIN DOCKS, LLC, as manager, of the *F/V DOLPHIN EXPRESS*, in a cause of exoneration from and/or limitation of liability, civil and maritime, and would respectfully show unto this Honorable Court as follows:

**I.**

This is an admiralty and/or maritime matter within the meaning of the Federal Rule of Civil Procedure 9(h) and Rule F of the Supplemental Rules for Admiralty and Maritime Claims, as hereinafter more fully appears. Subject matter jurisdiction exists pursuant to the admiralty and maritime jurisdiction of the United States District Courts, 28 U.S.C. §1333, and the Limitation of Vessel Owner's Liability Act, 46 U.S.C. §§ 30501, *et seq*. The *F/V DOLPHIN EXPRESS* has been and will likely continue to be in this Federal District (*i.e.*, in the Southern District of Texas – Corpus Christi Division) during the pendency of this action.

1

**II.**

Petitioner, DOLPHIN EXPRESS, INC., is a domestic corporation organized and existing under the laws of the State of Texas with its principal place of business located in Nueces County, Texas. As Petitioner in Limitation, DOLPHIN EXPRESS, INC., is the owner of the *F/V DOLPHIN EXPRESS* (Official No. 583548), a charter fishing vessel utilized in DOLPHIN EXPRESS, INC.'s business operations in and around the waterways of this Federal District. The *F/V DOLPHIN EXPRESS*' current homeport is Port Aransas, Texas.

Petitioner, PORT ARANSAS DOLPHIN DOCKS, LLC, is a domestic corporation organized and existing under the laws of the State of Texas with its principal place of business located in Nueces County, Texas. As Petitioner in Limitation, PORT ARANSAS DOLPHIN DOCKS, LLC, is the manager of the *F/V DOLPHIN EXPRESS* (Official No. 583548), and authorized on behalf of the owner to perform management services of the *F/V DOLPHIN EXPRESS* at the time of the incident.

This Complaint has been filed within six (6) months from the date Petitioners received any written notice of any claim or claims of damages arising out of the incident giving rise to this Complaint that alleges or otherwise communicates the reasonable possibility of damages in excess of the vessel's value.

**III.**

Prior to and at the time of the events hereinafter described, the *F/V DOLPHIN EXPRESS* was—and remains—a fiberglass charter fishing vessel of approximately 82 feet in length, with a beam of approximately 21 feet and a draft of approximately 4 feet. The vessel was constructed in or about 1977 in Jeanerette, Louisiana, and was designed and built for the safe carriage of passengers offshore for deep-sea fishing trips. At all relevant times, the *F/V DOLPHIN EXPRESS*

2

was engaged in its customary service as a charter fishing vessel managed and operated by Petitioners in and around the navigable waters of the Southern District of Texas, including but not limited to the Port Aransas area.

**IV.**

At all times material hereto, the *F/V DOLPHIN EXPRESS* was and is tight, staunch, strong and seaworthy, and was at all relevant times properly manned, equipped and supplied, and in all respects was fit for the service or services for and in which it was engaged. Furthermore, at all material times, Petitioners exercised due diligence to ensure that the *F/V DOLPHIN EXPRESS* remained tight, staunch, strong, fit, properly manned, equipped, and supplied, and in all other respects reasonably fit for its intended purpose and seaworthy.

**V.**

Dustin Smith has claimed he sustained personal injuries while aboard the *F/V DOLPHIN EXPRESS* as a passenger on or about September 23, 2025 (hereinafter referred to as "the Subject Incident"). Smith alleges that he was injured while proceeding toward the bow of the *F/V DOLPHIN EXPRESS* due to motion sickness allegedly caused by the navigation or operation of the vessel. Upon information and belief, Petitioners, as of this date, are aware of the following suit(s) have been filed as a result of the Subject Incident:

- Cause No. 2025DCV-4377-B; *Smith v. Dolphin Dock, Inc.*; In the District Court of Nueces County, Texas; 117th Judicial District.

**VI.**

The Vessel Valuation Survey prepared by Mike Firestone, NAMS-CMS, a certified marine surveyor, reflects that the *F/V DOLPHIN EXPRESS* had a fair market valuation of $250,000.00USD at the time of the Subject Incident after the termination of the voyage on

September 23, 2025.[1]  Petitioners reserve the right to supplement and amend this paragraph as further facts are developed.

## VII.

Upon information and belief, Smith alleges that the Subject Incident and his claimed injuries were caused by the fault, negligence, or unseaworthiness of the *F/V DOLPHIN EXPRESS* and/or Petitioners. In turn, Petitioners expressly deny any and all allegations of fault, negligence, or unseaworthiness by Smith and further deny that Smith sustained any injury as a result of any act or omission attributable to the vessel or its owner or operator.

## VIII.

The Subject Incident, if it occurred as alleged, was not caused or contributed to by any fault, negligence, unseaworthiness, or statutory violation on the part of Petitioners, the *F/V DOLPHIN EXPRESS*, or any person for whose acts Petitioners may be legally responsible. Any injuries or damages claimed by Smith were caused or contributed to by his own acts or omissions, including but not limited to his personal condition, intoxication, failure to exercise reasonable care for his own safety, and/or assumption of the ordinary risks associated with travel aboard a charter fishing vessel.

## IX.

Alternatively, and in the event that the Court finds that the Subject Incident was caused in whole or in part by fault or negligence attributable to the *F/V DOLPHIN EXPRESS*, which is expressly denied, any such fault or negligence occurred without the privity or knowledge of Petitioners. Within the meaning of the Limitation of Vessel Owner's Liability Act, any such acts or conditions were outside the personal participation, authorization, or actual knowledge of

---

[1] Ex. A; Declaration of Mike Firestone, NAMS-CMS.

Petitioners.

## X.

Pursuant to 46 U.S.C. § 30505 and Supplemental Rule F, Petitioners are entitled to exoneration from liability. Alternatively, if liability is found, Petitioners are entitled to limitation of liability to the value of its interest in the *F/V DOLPHIN EXPRESS* and her pending freight, if any, as of the conclusion of the voyage during which the Subject Incident allegedly occurred.

## XI.

Upon information and belief, claims have been or may be made against Petitioners and/or the *F/V DOLPHIN EXPRESS* arising out of the Subject Incident, including claims for personal injury, damages, costs, interest, and attorneys' fees, which claims may exceed the value of the vessel and her pending freight.

## XII.

Petitioners will provide security for an amount equal to the value of their interest in the *F/V DOLPHIN EXPRESS* and her pending freight, or such other amount as may be determined by the Court, together with interest as required by law, in compliance with Supplemental Rule F.[2]

## XIII.

Pursuant to Supplemental Rule F(3), Petitioners request that the Court issue a monition directing all persons asserting claims arising out of the Subject Incident to file their respective claims with this Court on or before a date to be fixed by the Court, and to serve copies thereof upon counsel for Petitioners.

## XIV.

Petitioners further request that, pursuant to Supplemental Rule F(3), the Court enjoin and

---

[2] Ex. B; Ad Interim Stipulation of Value and Stipulation of Costs.

restrain the commencement or prosecution of any and all actions, suits, or proceedings against Petitioners, any affiliated company of Petitioners and/or the *F/V DOLPHIN EXPRESS*, in any jurisdiction whatsoever, arising out of or relating to the Subject Incident, except in this limitation proceeding.

## XV.

WHEREFORE, PREMISES CONSIDERED, Limitation Petitioners, DOLPHIN EXPRESS, INC. and PORT ARANSAS DOLPHIN DOCKS, LLC, respectfully pray that this Honorable Court assume and retain jurisdiction over this cause and the parties hereto; that process issue in due form of law; that a monition issue directing all persons or entities asserting claims arising out of or related to the Subject Incident to file their respective claims in this proceeding on or before a date fixed by the Court and to serve copies thereof upon counsel for Limitation Petitioners; that all actions, suits, or proceedings of any nature whatsoever against DOLPHIN EXPRESS, INC., PORT ARASNAS DOLPHIN DOCKS, LLP, any affiliated companies of Petitioners, and/or the *F/V DOLPHIN EXPRESS* arising out of or relating to the Subject Incident be stayed and enjoined; that upon final hearing the Court enter judgment exonerating Petitioners from all liability, or, alternatively, limiting its liability to the value of their interest in the *F/V DOLPHIN EXPRESS* and her pending freight pursuant to 46 U.S.C. §§ 30501 et seq.; that all claims be marshaled and determined exclusively within this limitation proceeding; and that Petitioners be awarded their costs and such other and further relief as law and equity may require.

Respectfully submitted,

GILMAN �※ALLISON LLP


 /s/ Michael S. Prejean
Michael S. Prejean
Texas Bar No. 24092993
Federal I.D. No. 2513911
mprejean@gilmanallison.com
800 N. Shoreline Blvd., Suite 1050-S
Corpus Christi, Texas 78401
Tel:  (361) 357-8365
Fax:  (866) 543-3643

Brenton J. Allison
Texas Bar No. 24040417
Federal I.D. No. 36863
ballison@gilmanallison.com
2005 Cullen Blvd.
Pearland, Texas 77581
Tel:  (713) 224-6622
Fax:  (866) 543-3643

**ATTORNEYS FOR PETITIONERS**

7